IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMARCUS TUCKER,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 16-3104** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW,** this  2nd  day of November, 2017, upon consideration of the defendants' motion to dismiss (Document #7), and the plaintiff's response in opposition thereto (Document #8), IT IS HEREBY ORDERED that:

1. The motion is GRANTED in part, and DENIED in part;

2. Counts II and III of the amended complaint are DISMISSED;

3. Count V shall remain in this action.

                                              BY THE COURT:

                                                /s/ Lawrence F. Stengel
                                              LAWRENCE F. STENGEL, C. J.